UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMAAL FLEMING, on behalf of himself
and on behalf of all others similarly situated,

     Plaintiff,

v.                              CASE NO. 8:20-CV-249-CEH-TGW

HAWKINS SERVICE COMPANY and
ERIC HAECK, an individual,

     Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff Jamaal Fleming and Defendants Hawkins Service Company and Eric

Haeck, by and through their undersigned counsel, respectfully submit this Joint

Notice of Settlement, and advise the Court that they have fully resolved their dispute.


Respectfully submitted,


| | |
|---|---|
| /s/ Christopher  J. Saba | /s/ Richard C. McCrea, Jr. |
| Christopher J. Saba | Richard C. McCrea, Jr. |
| Florida Bar No.: 0092016 | Florida Bar No. 351539 |
| Email: csaba@wfclaw.com; | Email: mccrear@gtlaw.com |
| tsoriano@wfclaw.com | West A. Holden |
| WENZEL FENTON CABASSA, P.A. | Florida Bar No.  113569 |
| 1110 North Florida Avenue, Suite 300 | Email: holdenw@gtlaw.com |
| Tampa, FL  33602 | GREENBERG TRAURIG, P.A. |
| Phone:(813) 224-0431 | 101 E. Kennedy Boulevard |
| Direct Dial: (813) 321-4086 | Suite 1900 |
| Fax: (813) 229-8712 | Tampa, FL  33602 |
| | (813) 318-5700 – Phone |
| | (813) 318-5900 – Facsimile |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |

*ACTIVE 49603306v1*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been

electronically transmitted using the CM/ECF System for filing and transmittal to the

following ECF registrant(s) on this 30th day of March, 2020 to:

> Christopher J. Saba
> Wenzel Fenton Cabassa, P.A.
> 1110 North Florida Avenue, Suite 300
> Tampa, FL  33602

> /s/ Richard C. McCrea, Jr.
> Attorney

2